Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Federal District of Baltimore

Division

|  |  |
|---|---|
| Cameroonian Council of Transition, Patrice Nouma, Seme Ndzana | Case No. RDB-18-2443 |
| _Plaintiff(s)_<br>_(Write the full name of each plaintiff who is filing this complaint._<br>_If the names of all the plaintiffs cannot fit in the space above,_<br>_please write "see attached" in the space and attach an additional_<br>_page with the full list of names.)_ | _(to be filled in by the Clerk's Office)_ |
| -v- | Jury Trial: _(check one)_  ☐ Yes  ☒ No |
| Republic of Cameroon<br>c/o Embassy of the Republic of Cameroon<br>3400 International Drive, NW<br>Washington, DC 20008 | |
| _Defendant(s)_<br>_(Write the full name of each defendant who is being sued. If the_<br>_names of all the defendants cannot fit in the space above, please_<br>_write "see attached" in the space and attach an additional page_<br>_with the full list of names.)_ | |

## COMPLAINT FOR A CIVIL CASE

### I.     The Parties to This Complaint

#### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Cameroonian Council of Transition |
| Street Address | 510 Primus Ct |
| City and County | Frederick |
| State and Zip Code | Maryland, 21703 |
| Telephone Number | 240-440-1438 |
| E-mail Address | cctconseilcamerounais@yahoo.com (see additional page I.A. |

#### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Defendant No. 1

    Name                              Republic of Cameroon

    Job or Title *(if known)*     country

    Street Address              c/o Embassy of the Republic of Cameroon, 3400 Int'l Drive, NW

    City and County         Washington,

    State and Zip Code      DC 20008

    Telephone Number      202-265-8790 / Fax:    (202) 387-3826

    E-mail Address *(if known)*

Defendant No. 2

    Name                              Paul Biya

    Job or Title *(if known)*     President of the Republic of Cameroon

    Street Address               Presidency of the Republic, Civil Cabinet, Communication Unit

    City and County         Yaoundé

    State and Zip Code

    Telephone Number      (237) 22 23 40 25 : Extension: 4382

    E-mail Address *(if known)*

Defendant No. 3

    Name                              Joseph Beti Assomo

    Job or Title *(if known)*     Minister delegate in Presidency in charge of Defense

    Street Address               Presidency of the Republic, Civil Cabinet, Communication Unit

    City and County         Yaoundé

    State and Zip Code

    Telephone Number      (237) 23 2200/(237) 23 4055/(237) 22 2002/22 1524

    E-mail Address *(if known)*

Defendant No. 4

    Name                              Galax Etoga

    Job or Title *(if known)*     Secretary of State for Defense in charge of the Gendarmerie

    Street Address               Presidency of the Republic, Civil Cabinet, Communication Unit

    City and County         Yaoundé

    State and Zip Code

    Telephone Number      (237) 22 23 40 25 : Extension: 4382

    E-mail Address *(if known)*    (See additional page I.B. attached)

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Plaintiffs bring their complaints under federal question jurisdiction, 28 U.S.C. § 1331 - U.S. Code, as the civil actions arise under the treaties of the United States.

The United States have signed, severally or jointly, a Bilateral Investment Treaty with the Republic of Cameroon on February 26, 1986, which entered into force on April 6, 1989.

Cameroon and the United States belong to and have, severally or jointly, ratified several Treaties of the United Nations Organization,  namely, the United Nations' International Covenant on Civil and Political Rights (ICCPR) including the Freedom of Peaceful Assembly and of Association (HRC/RES/15/20 adopted on September 30 October 2010), the Freedom of Association and Protection of Rights to Organize Convention (FAPROC), the Geneva Declaration on Armed Violence and Development, the International Convention of the Rights of Persons with Disabilities (ICRPD), the Terrorist Financing Convention, the Fourth Geneva Convention, the Third Geneva Convention, the Convention Against Torture (CAT), the Convention on the Elimination of all forms of Discrimination Against Women (CEDAW), the Convention on the Rights of Children (CRC), the Convention Relating to the Status of Refugees, and the First Geneva Convention.

Cameroon and the United States have, severally or jointly, ratified the African Growth and Opportunity Act (AGOA) requiring each country to be working to improve its rule of law, human rights, and respect for core labor standards, enacted on 18 May 2000 as Public Law 106 of the 200th Congress and renewed to 2025.

President Barack Obama ordered on October 2015 and President Donald Trump maintains 300 American troops on Cameroon's ground to combat terrorism.

The defendants all together, in groups or individually have violated many of their commitments in these Treaties and Covenants by acting as a State terrorist organization, which ordered to commit, committed, showed negligent supervision, neglected, and borne vicarious liability in gross human rights crimes and abuses, destruction of properties and unnecessary hardship to the plaintiffs and the plaintifs' dependents and associates.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)*   Seme Ndzana                              , is a citizen of the

        State of *(name)*   United States                              .

b.    If the plaintiff is a corporation .

The plaintiff, *(name)*   Cameroonian Council of Transition   , is incorporated

under the laws of the State of *(name)*   Maryland   ,

and has its principal place of business in the State of *(name)*

Maryland (see additional page II.B.1.   .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)*   Paul Biya   , is a citizen of

the State of *(name)*   Republic of Cameroon   . Or is a citizen of

*(foreign nation)*   Republic of Cameroon   .

b.    If the defendant is a corporation

The defendant, *(name)*   Republic of Cameroon   , is incorporated under

the laws of the State of *(name)*   Republic of Cameroon   , and has its

principal place of business in the State of *(name)*   Cameroon   .

Or is incorporated under the laws of *(foreign nation)*   Cameroon   ,

and has its principal place of business in *(name)*   Presidency of the Republic (see   .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Plaintiffs bring their complaints under federal diversity jurisdiction, 28 U.S. Code § 1332 , as the parties are completely diverse in citizenship and the amount in controversy exceeds $75,000. By committing war crimes, crimes against humanity, gross human rights crimes and abuses, destruction of properties and hardship on the plaintiffs and plaintiffs' dependents and associates, the defendants all together, in groups or individually have violated many of the Republic of Cameroon's and the United States' commitments to the UN Treaties, Conventions and Covenants, the AGOA and the Bilateral Investment Treaty. As a direct result of the human rights violations and abuses by the defendants' actions, plaintiffs and their dependents and associates have suffered and continue to suffer losses of loved ones and family sustaining ones, severe emotional distress, pain, anguish, loss of properties and income, embarassement, loss of self-esteem, humiliation and psychological injuries with attendant physical manifestations, were prevented and will continue to be prevented from performing their normal daily activities and obtaining full enjoyment of life, have sustained and will continue to sustain loss of earning capacity and have incurred and will continue to incur expenses for medical and psychological treatment, therapy and counseling.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**III.     Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

I) Federal question

By committing the war crimes, crimes against humanity, and gross human rights crimes and abuses the plaintiffs will demonstrate, the government of the defendant Republic of Cameroon, through the individual defendants, the individial defendants' supervision or neglect in supervision or neglect, has violated many of its commitments to these UN Treaties, Conventions and Covenants listed above, the AGOA and the Bilateral Investment Treaty, all ratified and/or signed, severally or jointly, along with the United States, which they have enshrined entirely or partly both in the Republic of Cameroon's constitution and the United States of America's constitution.

1) About Cameroon's Constitutional Crisis also called "Anglophone Crisis" that defendant the Republic of Cameroon has turned into a war to the Anglophone minority people, except the repeated call for dialogue by the Department of State, which President Paul Biya has stubbornly rejected, and the recommendations on the respect of human and civil rights listed by U.S. Representative to the UN Nikki Haley before the Security Council on June 1st 2018, no apparent combat or measures are made by the U.S. to discourage the Republic of Cameroon government's acts of terrorism over the civilian Anglophone minority populations and individuals by enforcing AGOA and UN Treaties and Conventions and Covenants. Such U.S. inaction jeopardizes Cameroon's investment landscape and opportunities the Bilateral Treaty and AGOA are based upon, and throws suspicion and discredit on the 300 American troops on the ground in Cameroon.

2) All plaintiffs respectfully request the court should hold the State of the Republic of Cameroon and the other individual defenders accountable for the widespread killings, tortures, rapes, arbitrary arrests, illegal detention in prisons and trials on military courts, destruction of properties and unjustified hardships inflicted upon the unarmed, civilian members and associates of the plaintiff Cameroonian Council of Transition.

3) All plaintiffs respectfully request the court should pronounce the Republic of Cameroon's law 2014/028 of December 23, 2018 an illegal bill because it allows the Cameroonian government and its armed forces to violate the aforementioned UN treaties, conventions and covenants ratified, severally or jointly, by the United States and the Republic of Cameroon and enshrined in the constitutions of both countries, and jeopardizes U.S. business interests, present and future, by unnecessarily creating a situation of insecurity, terror and war in Cameroon.

4) All plaintiffs respectfully request the court should pronounce as violations of the UN treaties, conventions and covenants the killings, tortures, rapes, arbitrary arrests, illegal detention in prisons, destruction of properties and unjustified hardships inflicted upon the listed Cameroonian victims during the 1990's "Ghost Towns" popular uprising, the February 2008 popular uprising, the University of Buea's student uprisings prior to the law 2014/028, and the Anglophone separatist uprising after the law 2014/028 was put in force.

5) Plaintiff Patrice Nouma respectfully requests the court should pronounce violations of the UN treaties, conventions and covenants  the orders given him by the Republic of Cameroon's army commanders to go, arrest and kill civilian Cameroonians based on the victims' ethnic origins, and hold some of the defendants or all of them, severally or jointly, accountable for his forced desertion from the army and the hardship he has been suffering since then.

6) Plaintiff Seme Ndzana respectfully requests the court should pronounce as violations of the UN treaties, conventions and covenants the harsh persecution defendants the Republic of Cameroon and Paul Biya submitted him into, including as plaintiffs bringing against him two lawsuits both in 1994 and 1995 each accusing him of "outrage to the head of State, inciting the people to revolt, and failure to submit a copy of the newspaper edition to the administrative censorship office," forcefully sending him twice to jail in Yaoundé prison for three months without trial each time, his releases by judges' orders just to be harassed after such with death threats and attempts, frivolous appeals to first judges' sentences, man hunts in Cameroon, extreme hardship for years as refugee in many African countries, and hardship in the United States to restart life, until this day, and hold the defendants, severally or jointly, accountable for torture, lengthy prison detentions, frivolous prosecutions and persecutions, flight from Cameroon, financial losses of business activities, and hardships in foreign countries.

II) Diversity of citizenship

By committing, ordering to commit, failing to supervise, showing negligent supervision, showing negligence, and bearing vicarious liability in war crimes, crimes against humanity, gross human rights crimes and abuses, destruction of properties and hardship on the plaintiffs and plaintiffs' dependents and associates, the defendants all together, in groups or individually, severally and jointly, have violated many of the Republic of Cameroon's commitments to the UN Treaties, Conventions and Covenants, the AGOA and the Bilateral Investment Treaty. (See attached additional pages III.2.)

**IV.     Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

WHEREFORE, Plaintiffs demand judgment against defendants individually, jointly and severally in an amoint in excess of $75,000 plus costs, disbirsements, reasonable attorney fees, interest, and whatever other relief the Federal District Court deems just and equitable.

**V.      Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.      For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     08/09/2018

Signature of Plaintiff

Printed Name of Plaintiff     SEME NDZANA and PATRICE NOUMA, respectively SG et

**B.      For Attorneys**

Date of signing:     _____

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Street Address     _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

State and Zip Code

Telephone Number

E-mail Address

# COMPLAINT FOR CIVIL CASE

Cameroonian Council of Transition, and all, vs. Paul Biya, and all.

## I. The Parties to This Complaint

### A. The Plaintiffs (Additional Page)

Plaintiff No. 1 : **Cameroonian Council of Transition, Inc.**, is incorporated under the laws of the State of Maryland and has its principal place of business in the State of Maryland.

Street Address: 510 Primus Ct

City and County: Frederick

State and Zip Code: MD 21703

Telephone Number: 240-440-1438

E-mail Address: cctconseilcamerounais@yahoo.com

Plaintiff No. 2 : **Patrice Nouma**, is a citizen of the State of The Republic of Cameroon, residing in the USA.

Street Address: 1301 Wall Street West

City and County: Lyndhurst

State and Zip Code: New Jersey 07071

Telephone Number: 646-322-9070

E-mail Address: nouma.patrice@yahoo.com

Plaintiff No. 3 : **Seme Ndzana**, is a citizen of the State of the USA.

Street Address: 510 Primus CT

City and County: Frederick

State and Zip Code: MD 21703

Telephone Number: 240-440-1438

E-mail Address: s_ndzana@yahoo.com

## COMPLAINT FOR CIVIL CASE

Cameroonian Council of Transition, and all, vs. Paul Biya, and all.

## I. The Parties to this Complaint

## B. Defendants

a. If defendant is an individual

Defendant No. 1 :

Name:        **Republic of Cameroon**, is incorporated under the laws of the State of the Republic of Cameroon and has its principal place of business in the State of Cameroon.

Job or Title (*if known*): Country

Street Address: Presidency of the Republic, Civil Cabinet, Communication Unit

City and County: Yaoundé

State and Zip Code: Cameroon

Telephone Number: (237) 22 23 40 25 : Extension: 4382

Email Address (*if known*):


Defendant No. 2 :

Name:        **Paul Biya**, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*): President of the Republic of Cameroon

Street Address: Presidency of the Republic, Civil Cabinet, Communication Unit

City and County: Yaoundé

State and Zip Code: Cameroon

Telephone Number: (237) 22 23 40 25 : Extension: 4382

Email Address (*if known*): cellcom@prc.cm

Defendant No. 3 :

Name: **Joseph Beti Assomo**, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*): Minister of Defense

Street Address: Presidency of the Republic, Civil Cabinet, Communication Unit

City and County: Yaoundé

State and Zip Code: Cameroon

Telephone Number: (237) 23 2200/(237) 23 4055/(237) 22 2002/22 1524

Email Address (*if known*):

Defendant No. 4 :

Name: **Galax Yves Landry Etoga**, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*): Secretary of State for Defense in charge of the Gendarmerie

Street Address: Presidency of the Republic

City and County: Yaoundé

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 5 :

Name: **Ferdinand NGOH NGOH**, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*): Minister Secretary General of the Presidency of the Republic

Street Address:  Presidency of the Republic

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 6 :

Name: **Paul ATANGA NJI**, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*): former Permanent Secretary of the National Security Council, Minister of Territorial Administration and Decentralization

Street Address:

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number: +237 22 23 45 46/+237 22 22 33 99

Email Address (*if known*): minatdcm@minatd.cm

Defendant No. 7 :

Name: **Martin MBARGA NGUELE**, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*): Delegate General for National Security (Police)

Street Address:

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number: 222 23 26 53

Email Address (*if known*):

Defendant No. 8 :

Name: **Leopold Maxime EKO EKO**, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*): General Manager for External Research (Secret Services)

Street Address: Presidency of the Republic

City and County: Yaoundé

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 9 :

Name: **Emile Joel Bamkoui**, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*): Colonel Chief of the Division of Military Security (Secret Services)

Street Address: Presidency of the Republic

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 10 :

Name: **René Meka**, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  General Chief of Staff of the Armed Forces

Street Address: Armed Forces HQ c/o Ministry of Defence PO Box 1162

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number: +237 23 3500/23 2200

Email Address (*if known*):

Defendant No. 11 :

Name: **Emmanuel AMOUGOU**, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Air Commodore, Head of State Special Command Chief

Street Address: Presidency of the Republic, Civil Cabinet, Communication Unit

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 12 :

Name: **IVO DESANCIO YENWO**, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Major General Director of the Presidential Security

Street Address: Presidency of the Republic, Civil Cabinet, Communication Unit

City and County:  Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 13 :

Name: **Joseph FOUDA**, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Rear Admiral Special Advisor at the Presidency

Street Address: Presidency of the Republic, Civil Cabinet, Communication Unit

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 14 :

Name: **René Sadi**, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  former Minister of Territorial Administration, Minister in charge of special duties at the Presidency.

Street Address: Presidency of the Republic, Civil Cabinet, Communication Unit

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 15 :

Name: **Issa Tchiroma Bakary**, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Minister of Communication and government spokesperson

Street Address:

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number: 237 22 22 80 79

Email Address (*if known*):

Defendant No. 16 :

Name: **Laurent Esso**, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Minister of Justice

Street Address:

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 17 :

Name: **Donatien MELINGUI NOUMA**, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  General former commander of the 21st Motorized Infantry Brigade (BIM) in the southwest, inspector in charge of forces at the Ministry of Defense

Street Address: Ministry of Defense, Presidency of the Republic

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 18 :

Name: **Agha Robinson Ndong**, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Brigadier General Commander of the Military Region 5 (RMIA5) for the Northwest and Western Regions

Street Address:

City and County: Bamenda

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 19 :

Name: **Jules-César Essoh**, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Brigadier General Commander of the 5th Gendarmerie Area (RG 5) for Northwest and West

Street Address:

City and County: Bamenda

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 20 :

Name: **David Jotsa**, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Colonel Commander of the 21st Motorized Infantry Brigade (BRIM)in the Southwest

Street Address:

City and County: Buea

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):


Defendant No. 21 :

Name: **Severin Eyenga**, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Colonel Commander of 21st Brim for the North West

Street Address:

City and County: Bamenda

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):


Defendant No. 22 :

Name: **Robert Ndema Siang**, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Lieutenant-Colonel Commander 25th Motorized Infantry Battalion (BIM) for North West

Street Address:

City and County: Nkambe (Donga-Mantung)

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 23 :

Name: **Baba Souley**, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Major General Chief of Staff of the Army

Street Address:

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 24 :

Name: **Camille Nkoa Atenga**, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Major General Comptroller General of the Armed Forces

Street Address:

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 26 :

Name: **Guillaume Ngouah Ngally**, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Vice Admiral Inspector General of the Armed Forces

Street Address:

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 27 :

Name: **Jean Calvin Momha**, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Brigadier General Chief of Staff of the Air Force

Street Address:

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 28 :

Name: **Emmanuel Amougou**, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Air Brigadier General

Street Address:

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):


Defendant No. 29 :

Name: **Jean Mendoua**, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Rear-Admiral Chief of Staff of the Navy

Street Address:

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):


Defendant No. 30 :

Name: **Elokobi Daniel Ndjock**, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Brigadier General Central director of the coordination of the national gendarmerie

Street Address:

City and County: Yahweh

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 31 :

Name: **Jean Baptiste Bokam**, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  former Secretary of State for Defense in charge of the Gendarmerie

Street Address:

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 32 :

Name: **Martin Belinga Eboutou**, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  former Director of the Civil Cabinet of the Presidency

Street Address:

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 33 :

Name: **Taiwe**, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Colonel Commander SMT6 North-West

Street Address:

City and County: Bamenda

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):


Defendant No. 34 :

Name: **Sidonie Nkoa-Mala**, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Colonel Commander Legion Gendarmerie North-West

Street Address:

City and County: Bamenda

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):


Defendant No. 35 :

Name: **Louis Onambele**, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Colonel Chief of Staff Military Region 5 (RMIA5)

Street Address:

City and County: Bamenda

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 36 :

Name: **Andre Signe Mbessoh**, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Colonel Chief of Staff 5th Gendarmerie Region (RG5)

Street Address:

City and County: Bamenda

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 37 :

Name: **Jacques Fame Ndongo**, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Minister of Higher Education

Street Address:

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 38 :

Name: **Philemon Yang**, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Prime Minister

Street Address: Down Town Yaounde, May 20 Boulevard

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number: (+237) 222 238 005

Email Address (*if known*):

Defendant No. 39 :

Name: **GOUSMO Emile**, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Divisional Commissioner, Regional Delegate to the National Security in North-West

Street Address:

City and County: Bamenda

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 40 :

Name: **Jean-Marie NDIE NGAH**, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Divisional Commissioner, Regional Delegate National Security to the South-West

Street Address:

City and County: Buea

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 41 :

Name: **Robert Ndema Siang**, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Colonel Chief of Staff 51st Motorized Brigade

Street Address:

City and County:  Buea

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 42 :

Name: **Henri Tchinda Mbouzikeu**, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Colonel Chief of Staff 2nd Gendarmerie Region for South West

Street Address:

City and County: Buea

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 43 :

Name: **Pierre Semengue**

Job or Title (*if known*):  retired Army chief of Staff

Street Address: Ligue du Footbal Professionnel du Cameroun

City and County: PO Box 15270 Yaoundé

State and Zip Code: Cameroon

Telephone Number: +237 222 21 7125

Email Address (*if known*): contact@lfpcameroun.cm

Defendant No. 44 :

Name: Amadou Ali, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  minister in charge of relations with parliaments

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 45 :

Name: Bello Bouba Maigari, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Minister of tourism and leisure

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 46 :

Name: Mbella Mbella Lejeune, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Minister of external relations

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 47 :

Name: Mvondo Ayolo Samuel, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Director of President of the Republic's Civil Cabinet

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 48 :

Name: Motaze Louis Paul, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Minister of Finance

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):


Defendant No. 49 :

Name: Fouda Seraphin Magloire, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Secretary General of the Prime Ministry

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):


Defendant No. 50 :

Name: Nganou Djoumessi Emmanuel, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Minister of Public Works

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 51 :

Name: Eyebe Ayissi Henri, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Minister of Agriculture and Rural Development

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 52 :

Name: Peveret Zacharie, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Minister of Employment and vocational training

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 53 :

Name: Hele Pierre, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Minister of environment, protection of nature and sustainable development

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 54 :

Name: Owona Gregoire, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Minister of labor and social security

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 55 :

Name: Mbarga Atangana Luc Magloire, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Minister of trade

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 56 :

Name: Tchuente Madeleine, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*): Minister of scientific research and innovation

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 57 :

Name: Elung Che Paul, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*): Deputy Secretary general at the Presidency of republic

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 58 :

    Name: Ahmadou Moustapha, is a citizen of the State of The Republic of Cameroon

    Job or Title (*if known*):  Minister chargé de mission at the Presidency

    Street Address: Yaounde

    City and County: Yaounde

    State and Zip Code: Cameroon

    Telephone Number:

    Email Address (*if known*):

Defendant No. 59 :

    Name: Mengot Victor Arrey-Nkongho, is a citizen of the State of The Republic of Cameroon

    Job or Title (*if known*):  Minister charge de mission at the Presidency

    Street Address: Yaounde

    City and County: Yaounde

    State and Zip Code: Cameroon

    Telephone Number:

    Email Address (*if known*):

Defendant No. 60 :

    Name: Etoundi Ngoa Laurent Serge, is a citizen of the State of The Republic of Cameroon

    Job or Title (*if known*):  Minister of small and medium size enterprises, social economy and handicrafts

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 61 :

Name: Mama Fouda Andre, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Minister of Public health

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 62 :

Name: Abena Ondoua born Obama Marie-Therese, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Minister of women empowerment and the family

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 63 :

Name: Youssouf born Hadidja Alim, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Minister of basic education

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 64 :

Name: Bidoung Nkpwatt Ismael, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Minister of sport and physical education

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 65 :

Name: Mbarga Mboa Philippe, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Minister charge de mission at the Presidency

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 66 :

Name: Abba Sadou, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Minister in charge of public contracts

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 67 :

Name: Koung a Bessike Jacqueline, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Minister of State property and land tenure

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 68 :

Name: TAÏGA, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Minister of livestock, fisheries and animal industries

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 69 :

Name: Alamine Ousmane Mey, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Minister of economy, planning and regional development

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 70 :

Name: Ndongo Jules Doret, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Minister of forestry and wildlife

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 71 :

Name: Mbwetchou Jean Claude, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Minister of housing and hurban development

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 72 :

Name: Mounouna Foutsou, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Minister of youth affairs and civic education

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 73 :

Name: Mba Acha born Fomundam Rose Ngwari, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Minister in charge of supreme State audit

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 74 :

Name: Nguene born Kendeck Pauline Irene, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Minister of social affairs

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 75 :

Name: Mouelle Koumbi Narcisse, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Minister of arts and culture

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 76 :

Name: Ngalle Bibehe Jean Ernest Massena, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Minister of transport

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 77 :

Name: Ngwaboubou Ernest, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Minister of mines, energy and technological development

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 78 :

Name: Libom Li Likeng born Mendomo Minette, is a citizen of the State of The Republic
of Cameroon

Job or Title (*if known*):  Minister of post and telecommunications

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 79 :

Name: Le Joseph, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Minister of public service and administrative reforms

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 80 :

Name: Elanga Obam Georges, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Minister of decentralization and local development

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 81 :

Name: Eloundou Essomba Gaston, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Minister of energy and water resources

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 82 :

Name: Nalova Lyonga Pauline Egbe, is a citizen of the State of The Republic of
Cameroon

Job or Title (*if known*):  Minister of secondary education

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 83 :

   Name: Ghogomu Paul Mingo, is a citizen of the State of The Republic of Cameroon

   Job or Title (*if known*):  Director of Prime Minister's Civil Cabinet

   Street Address: Yaounde

   City and County: Yaounde

   State and Zip Code: Cameroon

   Telephone Number:

   Email Address (*if known*):

Defendant No. 84 :

   Name: Adoum Gargoum, is a citizen of the State of The Republic of Cameroon

   Job or Title (*if known*):  Minister of external relations in charge of Islamic world

   Street Address: Yaounde

   City and County: Yaounde

   State and Zip Code: Cameroon

   Telephone Number:

Email Address (*if known*):

Defendant No. 85 :

Name: Yaouba Abdoulaye, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):

Street Address: Minister delegate to the minister of finance

City and County: Yaounde

State and Zip Code: Yaounde

Telephone Number: Cameroon

Email Address (*if known*):

Defendant No. 86 :

Name: Nana Aboubakar Djallo, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Minister delegate to the minister of environment

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 87 :

Name: Ananga Messina born Beyene Clementine Antoinette, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Minister delegate to the minister of agriculture

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 88 :

Name: Mefiro Oumarou, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Minister delegate to the minister of transport

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 89 :

Name: Fogui Jean Pierre, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Minister delegate of the minister of justice

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):


Defendant No. 90 :

Name: Nguihe Kante Pascal, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Deputy Secretary General of Prime Minister

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):


Defendant No. 91 :

Name: Tasong Njukang Paul, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Minister delegate to the minister of economy

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 92 :

Name: Mbayu Felix, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Minister delegate to the minister of external relations

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 93 :

Name: Baboke Oswald, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Deputy director of civil cabinet of the Presidency

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 94 :

Name: Alim Hayatou, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Secretary of State at Ministry of public health

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 95 :

Name: Fuh Calistus Gentry, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Secretary of State of the ministry of mines

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 96 :

Name: Koumpa Issa, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Secretary of State to Minister of defense

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 97 :

Name: Ndong Soumhet Benoit, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Secretary of State to the ministry of basic education

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 98 :

Name: Koulsoumi Alhadji spouse of Boukar, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Secretary of State to the ministry of forestry

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 99 :

Name: Dibong born Ngo Biyong Marie Rose, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*):  Secretary of State to the ministry of housing

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 100 :

Name: Dooh Jerome Penbaga, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*): Secretary of State to the ministry of justice

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 101 :

Name: Bayaola Boniface, is a citizen of the State of The Republic of Cameroon

Job or Title (*if known*): Secretary of State to the ministry of secondary education

Street Address: Yaounde

City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

Defendant No. 102 :

    Name: Ndjodom Armand, is a citizen of the State of The Republic of Cameroon

    Job or Title (*if known*):  Secretary of State to the ministry of public works

    Street Address: Yaounde

    City and County: Yaounde

    State and Zip Code: Cameroon

    Telephone Number:

    Email Address (*if known*):


Defendant No. 103 :

    Name: Cavaye Yeguie Djibril, is a citizen of the State of The Republic of Cameroon

    Job or Title (*if known*):  President of the National Assembly

    Street Address: Yaounde

    City and County: Yaounde

    State and Zip Code: Cameroon

    Telephone Number: +237 222 22 04 84

    Email Address (*if known*): contact@assnat.cm


Defendant No. 104 :

    Name: Niat Njifenji Marcel, is a citizen of the State of The Republic of Cameroon

    Job or Title (*if known*):  President of the Senate

    Street Address: Yaounde

    City and County: Yaounde

State and Zip Code: Cameroon

Telephone Number:

Email Address (*if known*):

**COMPLAINT FOR CIVIL CASE**

Cameroonian Council of Transition, and all, vs. Paul Biya, and all.

II. Basis for Jurisdiction

B. If the Basis of Jurisdiction Is Diversity of Citizenship

1. The Plaintiffs  (see additional page II.B.1. c)

The plaintiff, (*name*) Patrice Nouma, is a citizen of the State of

The State of, (*name*)  Republic of Cameroon, and a resident of the United States of America.

## COMPLAINT FOR CIVIL CASE

Cameroonian Council of Transition, and all, vs. Paul Biya, and all.

II. Basis for Jurisdiction

B. If the Basis of Jurisdiction Is Diversity of Citizenship

2. The Defendants  (see the additional page II.B. above for the Federal Question)

## COMPLAINT FOR CIVIL CASE

Cameroonian Council of Transition, and all, vs. Paul Biya, and all.

III.   **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm and violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

2) Diversity of citizenship

By committing, ordering to commit, failing to supervise, showing negligent supervision, showing negligence, and bearing vicarious liability in war crimes, crimes against humanity, gross human rights crimes and abuses, destruction of properties and hardship on the plaintiffs and plaintiffs' dependents and associates, the defendants all together, in groups or individually, severally and jointly, have violated many of the Republic of Cameroon's commitments to the UN Treaties, Conventions and Covenants, the AGOA and the Bilateral Investment Treaty.

(Attached additional pages)

The plaintiffs have each individually or all together or as a group, severally or jointly, ordered or executed the murders, woundings, tortures, rapes, arbitrary arrests, arbitrary detentions, arbitrary sentencing, destruction of properties, and terrorist actions against unarmed Cameroonian citizens in the south-west and northern provinces and the various locations of Cameroon as will be demonstrated.

I. Plaintiff Cameroonian Council of Transition's members and associates have suffered the killings of their family members, injuries, tortures, rapes, destruction of properties, arbitrary arrests, detentions and sentences, and the hardship of living in bushes and refugee camps in neighboring Nigerian States.

1) Killings of family members - CCT members' relatives were killed during the 1990s Ghost Towns, the early 2000 Operational Commands, the February 2008 popular revolt against Paul Biya's bill of constitutional change to remove presidential term limits, the University of Buea's student uprisings, the Anglophones' popular revolt claiming either constitutional change for restoration of Federation or Separation from the Francophone Republic of Cameroon since November 2016 until this day.

2) Injuries -

2.1. Ghost Town strikes (begun in June 1991 and ended six months later) observed  by the Cameroonian People in order to force Paul Biya's government to agree to more political reforms, including a National Conference Dialogue and an Interim Government to organize open and fair elections, were met with military crack downs, killing and wounding and torturing civilians during antigovernment demonstrations, arresting dissenting political leaders in Douala and in several other Cameroonian towns and locations. Peaceful demonstrations, during which more than 50 people died in the first six months of 1991, spread throughout Cameroon and a series of strikes were held amid calls for President Biya's resignation.

In January 1991, three demonstrators, whose family members are CCT associates, were killed in the northern city of Garoua. Beginning of April 1991, political unrest intensified in Cameroon when students at the University of Yaoundé demonstrated to call for the release of all political prisoners and for a National Conference to discuss the political future of Cameroon. Over 200 students were arrested and beaten by the police, some of whom are CCT members.  Between April 10 and 15, at least eight demonstrators were killed and several others wounded in the north and southwest of the country, as well as in the major cities of Yaoundé and Douala. Family members of some are CCT members and associates. Several hundred people were detained in Yaoundé, including some three hundred students after security forces attacked the university. In late September, at least thirty opposition activists were arrested in Douala after publicly protesting the arrest of a leading activist, Jean-Jacques Ekindi, founder of the Progressive Movement. Despite the protesters' restrain from resistance, the police severely beat those arrested, stripped them naked, and put them in a filthy cell. Charles Tchoungang, a lawyer and president of the banned Cameroon Organization for Human Rights, was among those seriously mistreated. Others arrested were late Samuel Eboua of the National Union for Democracy and Progress; Benjamin Zebaze of Challenge Hebdo; and opposition leaders Mboua Massock, Victorin Hameni Bieleu and Nsame Mbogo, and former political prisoners Anicet Ekané and Henriette Ekwé, some of whom are CCT members and associates. During the night of November 17-18, Benjamin Senfo Tonkam, the leader of the independent student movement, was arrested in Douala; he is CCT associate.

Plaintiff Cameroonian Council of Transition will submit to the court the list of all CCT member and associate victims the plaintiffs, severally or jointly, have terrorized and killed during the Ghost Towns period.

2.2. In early 2000, internal security responsibilities dominated by the Presidency were shared by the national police (DGSN), the National Intelligence Service (DGRE), the Gendarmerie, the Ministry of Territorial Administration, the military intelligence, the army, and to a lesser extent, the Presidential Guard, the heads of which are listed defendants.  Security forces continued to commit numerous serious human rights abuses.

On the basis of a presidential decree enacted 2000 by defendant Paul Biya, the defendant Republic of Cameroon's government formed the "Operational Command," charged with re-establishing public order in areas where demonstrations and unrest have occurred in seven of Cameroon's ten provinces. Operational Command commanders, some of whom are listed defendants, who were superior to the local military structure, were widely identified as to the continued use of excessive force against demonstrators.

The Government continued to commit numerous serious human rights abuses. Security forces committed numerous unlawful killings and were responsible for disappearances. They also tortured, beat, and otherwise abused detainees and prisoners, often with impunity and no relief or reparations for the victims.

Prior to suspension of Douala's military anticrime unit, called Operational Command, amid increasing reports of human rights abuses, Command leaders ordered the execution of the 81 detainees who remained in the special Command prison facility called Kosovo. Family members of some of these victims are CCT members and associates.

The Operational Command operated above the authority of other security forces and killed some "suspects" in shootouts and high-speed car chases. It also used a network of informants, including a large number of convicted criminals and prison officials, to obtain the names of suspected bandits who the Command then arrested and summarily executed. Conservative estimates placed the number killed in the hundreds, as high as 1,000. Family members of some of these victims are CCT members and associates. Press and other reports affirm that the Operational Command has several mass graves, including one in the "Forest of Monkeys" (Bois des Singes) and another off the "Old Road" between Douala and Edea, where bodies were abandoned in pits or buried.

There was the torture death of a 23-year-old man named Apah in Njikwa, Momo Division, Northwest Province, the January shooting death of Alhadji Bapetel at the Douala port, the May detention, torture, and killing of Edouard Leuat, the May killing of Laurent Abbe, the May killings of two women in Yaounde, the September torture death of Mathew Titiahonjo, and the October killing of Paul Petchucke. Numerous prisoners died in custody due to abuse inflicted by security forces and harsh prison conditions and inadequate medical treatment. Family members of some of these victims are CCT members and associates.

There were disappearances of persons in the custody of security forces. Some disappearances are attributable to summary executions by security forces in Douala or the northern regions; in these instances, bodies rarely were found although the suspects were presumed dead. Family members of some of these victims are CCT members and associates.

In January 2001, the Douala Operational Command arrested Marc Etah, Frederic Nguffo, Chatry Kuete, Jean Roger Tchiwan, Eric Chia, Charles Kouatou, Effician Chia, Elysee Kouatou, and Fabrice Kouate, who were suspected of stealing a gas canister in the Bepanda District of Douala.

Initially the families of the detained "Bepanda 9" were accorded visiting rights; however, these rights were abrogated as of January 27, 2001. They all disappeared. The Douala Operational Command summarily executed the nine youths. Douala authorities attested to the youths' arrests but denied any executions and refused to produce verification of the youths' continued wellbeing till this day. Family members of some of these victims are CCT members and associates.

On April 23, 2001 a military trial began for Colonel Bobbo Ousmanou and seven other army officers charged with the execution of nine youths in Bepanda in January 2001. On July 9, the military tribunal sentenced two of the higher ranking officials for disobeying orders; six others were acquitted. The victims were never found; no reparations were ever granted their families.

On March 13, Dieudonne Atsako, Steve Kehebe, Etienne Kuete, Talla, Blaise Nokam, Victory Tegou, Jules Nouma, Jean Alain Kenfack, and Croisil Moutsoul were arrested and detained in the Bafoussam gendarmerie brigade. They all disappeared. Family members of some of these victims are CCT members and associates.

Security forces, including the Operational Command, detained persons at specific sites where they tortured and beat detainees. The Operational Command tortured some persons before summarily executing them. Security forces also subjected women, children, and elderly persons to abuse. Family members of some of these victims are CCT members and associates.

In New Bell, Douala, and other non-maximum security penal detention centers, prison guards inflicted beatings, and prisoners reportedly were chained or at times flogged in their cells. Two forms of physical abuse commonly reported by detainees are the "bastonade" in which the victim is beaten on the soles of the feet and the "balançoire" where the victim is hung from a rod and beaten (often on the genitals) with his hands tied behind his back. Many nonviolent political activists have experienced this abuse during brief detentions that followed participation in antigovernment demonstrations or opposition party political rallies. Family members of some of these victims are CCT members and associates.

In 2000, there are the death of Magloire Evoutain; the January torturing of customs inspector Vincent Nkengfue; the January injuring and beating of several students when a demonstration was dispersed forcibly; the March torturing of Jean Paul Kentsa and two others; the April beating and torturing of a foreign volunteer teacher; the April injuring of Cecile Ngono; the April beating of Nicole Ajong; the April beating of parishioners at Notre Dame De Sept Douleurs; the May torturing of Achille Tehoumba Heubo; the May beating of Madeleine Ngo Songane; the May torturing to death of Mathew Titiahonjo; the May beating of several student demonstrators; the June beating of Amelie, a female soccer player; the June beating of Beatrice Elouga; the June assault of numerous citizens. Family members of some of these victims are CCT members and associates.

On March 25, 38-year-old Barthelemy Kengne, a businessman in Bafoussam, the West Province capital, was found dead in his cell at the Bafoussam Gendarmerie Brigade. Gendarmes had

detained Kengne for 10 days on accessory after the fact charges and during his detention chained his feet and hands and shot him in the foot, allegedly because of an escape attempt. Kengue's family was convinced his death resulted from torture. On April 23, the Government denied the allegations.

Plaintiff Cameroonian Council of Transition will submit to the court the list of the victims the plaintiffs have, severally or jointly, actively or in supervision or ordering, terrorized and killed during the Operational Command period.

2.3. University of Buea's student unrest killings and torture.

At least three people were killed and nine injured on 1 October 2002 after gendarmerie and police used firearms to disperse a peaceful demonstration in Kumbo, North-West Province. Eighteen leading members of the Southern Cameroon National Council (SCNC) were arrested in October and detained for nearly two months without trial, after they had been tortured. Family members of some of these victims are CCT members and associates.

Shiynyuy Georges, an SCNC activist, was arrested on 10 September 2003 by gendarmes in the Tobin quarter of Kumbo, North-West Province, and taken to the local gendarmerie station. According to Shiynyuy Georges' wife, when she visited him at the station the following day he told her that he had been severely beaten all night long by gendarmes. Shiynyuy Georges died in custody on 16 September, apparently while being transferred to Bamenda. No investigation into the death was made by government.

On November 29, 2006, because students had boycotted classes and besieged the campus on Monday, November 27, heavily armed anti-riot police entered the University campus and began beating students indiscriminately. They also fired tear gas at them. They shot dead two students, Ufeanei Ivo Abiandong and Bennett Moma Kenyufon, and wounded several in the ongoing strike. Family members of some of these victims are CCT members and associates.

In December 2006, the Appeal Court in Yaoundé decided on appeals by imprisoned Anglophone demonstrators, members of the Southern Cameroons National Council (SCNC), against their 1999 convictions by a military tribunal. Adelbert Ngek and Promise Nyamsai, who were serving 10-year prison terms, had their convictions quashed and were released. Three prisoners had their life sentences reduced to 25 years, and one had a 20-year term reduced to 15 years. Two prisoners had 15-year terms reduced to 10 years, and four others had 10-year terms confirmed. Two prisoners, Wilson Che Neba and Samuel Che Neba, had been released in May after serving eight-year prison terms. Family members of some of these victims are CCT members and associates.

Jules Koum Koum, director of Le Jeune Observateur newspaper, was sentenced to six months' imprisonment on 10 January 2006 for publishing articles alleging corruption among insurance

company executives. He was later assassinated in Yaounde after he had exposed Minister Edgar Alin Mebe Ngo'o's unexplainable wealth.

Plaintiff Cameroonian Council of Transition will submit to the court the list of the victims the plaintiffs have terrorized and killed during the University of Buea's Strikes period.

2.4. February 2008 Riot Killings and Abuses

During the February riots, which spread to 31 localities including Yaoundé and Douala, and the subsequent government crackdown, security forces shot and killed demonstrators and rioters. While the government reported 40 persons killed, nongovernmental organizations (NGOs) such as La Maison des Droits de l'Homme, stated that security forces killed over 100 persons. The government took no action regarding security force killings during the February 2008 riots. Family members of some of these victims are CCT members and associates.

Barrister Joseph Lavoisier Tsapy, a lawyer in West Region and a member of the Liberty and Human Rights League, alluding to the thousands arrested and imprisoned in relation to the Febrary 2008 riots, described the treatment that security forces inflicted on individuals arrested during the February riots. Security forces repeatedly stripped, beat, and dumped detainees into ashes from burned tires and broken glass, resulting in numerous injuries.

List of the victims of February 2008 riots: 1 Ndimah Lovert Fuambuh, town of DOUALA; 2 Awana Touabe Blaise, DOUALA; 3 Dibaben Etienne aka Yoyo, DOUALA; 4 Director du Snack "'prcole" at Akwa, DOUALA; 5 Ebanga Ndongo Lurie, DOUALA; 6 Ebwele Blaise, DOUALA; 7 Issom Joseph Mustapha, DOUALA; 8 Jabea Christian Daniel, DOUALA; 9 Mbede Thomas Lucres, DOUALA; 10 Mbeng Junior, DOUALA; 11 Ngounou Edouard, DOUALA; 12 Tsague Jules, DOUALA; 13 Kameni Auriol, BAFANG; 14 Kamga Romain, DOUALA; 15 Owuboki Paul, KUMBA; 16 Tantoh Emmanuel, BAFOUSSAM; 17 Tekoh Roland, KUMBA; 18 Bebbey Epee Thomas, DOUALA; 19 Bonang Omang Jean Pierre, PENJA; 20 Che Emmanuel, KUMBA; 21 Unidentified body (probably a mentally diseased), LOUM; 22 Etchong Remy, DOUALA; 23 Hinsia, DOUALA; 24 Kamdem Kenmegne Jean, DOUALA; 25 Kameni Patrick Lionel, LOUM; 26 Maleg Thaddeus, KUMBA; 27 Minkante Makamte Jonas, DOUALA; 28 Minkoulou, DOUALA; 29 Nana Nameni G. aka Nono L., DOUALA; 30 Ngantchou Njenteg Timothee, DOUALA; 31 Nintedem Aurelien, DOUALA; 32 Norbert MBANGA; 33 Nsoh Nsoh, DOUALA; 34 Nyamsi Gervais, DOUALA; 35 Onah Patrick Joseph, DOUALA; 36 Oyema Paul, KUMBA; 37 Steven Abbia Joseph, BUEA; 38 Tabungong Emmanuel, KUMBA; 39 Turbo (nickname), DOUALA; 40 Walter Stephen, DOUALA; 41 Anya Eyong Elvis, KUMBA; 42 Awah Debene, BAMENDA; 43 Che Emmanuel Tanifor, BAMENDA; 44 Etong Taile Andre, DOUALA; 45 Fontoh Isily, BAMENDA; 46 Ndogma Wamba Jules, DOUALA; 47 Nsaba Michel, DOUALA; 48 Saayem Jean De Dieu, DOUALA; 49 Tchapda Eric Martial, DOUALA; 50 Tiwa Jacques, DOUALA; 51 Anthony Foment, BAMENDA; 52 Blaise Ebouele; 53

Prudencia Bih; 54 One bike-taximan (locally called bensikin). Family members of some of these victims are CCT members and associates.

On March 4, during his trial in Douala, Bernard Songo, a student from the University of Douala arrested during the February riots, reported that police officers severely beat him and two co-detainees in the judicial police precinct cells. Journalists covering the trial reported that evidence of the beatings was visible on the victims' bodies.

Plaintiff Cameroonian Council of Transition will submit to the court the list of the victims the plaintiffs have terrorized and killed during the February 2008 Riot period.

2.5. The Anglophone Revolt and War -

2.5.1 Killings, Tortures, Destruction of Properties

The Anglophone regions of the Republic of Cameroon – the South-West and North-West - make up approximately 20% of the country's population. Violence and unrest escalated in late 2016 after a series of strikes and protests against what teachers, lawyers and students viewed as further discrimination against Anglophones, and they claimed restoration of Federation as a solution. President Paul responded that there will be no dialogue on Federation and sent his armed forces to quash the unrest. The Anglophone populations stepped their claims to secession and separation from the Francophone Republic of Cameroon. Between 22 September and 1 October 2017, large-scale protests were organized across the Anglophone regions to symbolically proclaim the independence of a new state of "Ambazonia."

From December 2016 till this day, Security forces have violently been repressing demonstrations in Anglophone regions. Civil society activists, journalists, trade unionists and teachers are regularly arrested and some face trial before military courts. Human rights defenders, including civil society activists, journalists, trade unionists, lawyers and teachers continue to be intimidated, harassed and threatened. Family members of some of these victims are CCT members and associates.

On 17 January, 2017 following protests in the Anglophone regions of the country, the Minister of Territorial Administration, René Sadi banned the activities of the political party Southern Cameroons National Council (SCNC) and the Cameroon Anglophone Civil Society Consortium (CACSC). The same day, the president of the CACSC, barrister Nkongho Felix Agbor-Balla, and its Secretary General, Dr Fontem Aforteka'a Neba, were arrested after they had signed a statement calling for non-violent protests. Held incommunicado at the State Defense Secretariat, they were charged, under the 2014 anti-terrorism law number 2014/028 and faced death penalty without any basis. They were transferred to the Prison Principale in the capital, Yaoundé, before eventually being released following a presidential decision on 30 August, along with 53 other Anglophone protesters who had been arrested between late October 2016 and February 2017. Yet about 500 other Anglophones remained locked up in prison, often without trial and lawyer

assistance. These include Mancho Bibixy, a radio talk show host and activist who led demonstration on December 2016 to claim better roads in his home town of Bamenda. Family members of some of these victims are CCT members and associates.

Between January and April, and in early October, telephone and internet services were cut in the English-speaking regions, with no official explanation. There were reestablished by defendant Republic of Cameroon's government only after international outcry and pressures.

More than 40 protesters were shot by security forces in the Anglophone regions both on September 22 and between 1 and 2 October, 2017 and more than 500 arrested. Others wounded in the protests were forced to flee hospitals where they sought life-saving treatment out of fear of arrest. Some of them either died or are incapacitated. Family members of some of these victims are CCT members and associates.

Recent report of the UNHCR have published a count of more than 21,000 registered Cameroonians, mainly women and children, who had fled the Anglophone areas of Cameroon to Nigeria. The numbers of Anglophone refugees in various locations of Nigerian neighboring States are over 160,000 today. Family members of some of these victims are CCT members and associates.

Amnesty International, in her June 11, 2018 noted an escalation of violence marked by indiscriminate killings and mass displacement, and that Security forces destroyed villages, tortured at least 23 including minors to extract "confessions," and stated that "People in Cameroon's Anglophone regions are in the grip of a deadly cycle of violence. Security forces have indiscriminately killed, arrested and tortured people during military operations which have also displaced thousands of civilians." Family members of some of these victims are CCT members and associates.

Cameroon's military have responded to the Anglophone protests with arbitrary arrests, torture, unlawful killings and destruction of property. In one striking incident, satellite images and other photographic evidence show the complete destruction of the village of Kwakwa, which was burned to the ground by Cameroonian security forces following an operation conducted in December 2017 in connection with the killing of two gendarmes by suspected armed separatists. Over 73 villages were burned by the republic of Cameroon's armed forces on Anglophone territory by the end of May 2018. Family members of some of these victims are CCT members and associates.

In some cases, following these security operations, people were arbitrarily arrested and tortured while detained in illegal detention facilities and in secret government and other building rooms. For instance, at least 23 people, including minors, were arrested by the security forces in the village of Dadi on 13 December 2017 and spent three days in incommunicado detention. They said that during this time security forces tortured them to extract "confessions", to force them to

admit having supported the separatists. One man who was arrested on 13 December 2017 in Dadi gave a harrowing account of the torture he suffered:

"... They tied our hands behind our backs, gagged us and tied our faces with our towels and shorts, which they tore. They, then made us lie in the water, face down for about 45 minutes... During three days, they beat us with shovels, hammers, planks, and cables, kicked us with their boots and poured hot water on us... when I tried to move and shouted, one of them used the cigarette he was smoking to burn me."

There are numerous instances of deaths in custody. In one case, on 3 February 2018, the bodies of four men, who had been arrested in the town of Belo by the security forces the day before, were found at the Bamenda Regional Hospital mortuary, bloodied and with signs of torture. Also documented were unlawful killings, including during three security operations conducted by the army in the villages of Dadi, Kajifu and Bodam (South-West) in December 2017.

Minister of territorial administration, defendant Paul Atanga Ndji and the local chief of Menka in Santa, near Bamenda, lured Anglophone youth in an hotel with a bogus project, just to call defendant Republic of Cameroon's armed forces to come and massacre them on May 25, 2018. About 40 Anglophone youth were thus killed, just for Atanga Nji to show his master, defendant Paul Biya, that he is doing a good job of bloodily cracking down on Anglophones separatists, labeled as terrorists according to the illegal 2014 antiterrorist laws.

Plaintiff Cameroonian Council of Transition will submit to the court the list of the victims the plaintiffs have, severally or jointly, individually or by giving orders, terrorized and killed during the Anglophone Revolt and War.

2.5.2 Hardship -

Because of defendant Republic of Cameroon's State terror on the Anglophone populations, many families, about 160,000, have moved in other locations within the Republic of Cameroun where they face all sorts of hardship; many others, countless thousands, live in the bush in the direst of conditions, regularly bitten by snakes and other wild animals, and trying to survive along with their kids and elderly and women; while still others, over 21,000, were able to cross rivers and escape Nigerian customs to seek refuge in the neighboring country.

Plaintiff Cameroonian Council of Transition will submit to the court the list of the victims the plaintiffs, severally or jointly, individually or through orders or by neglect, have terrorized and killed during the Anglophone Revolt and War.

II. Plaintiff Patrice Nouma respectfully requests the court should pronounce violations of the UN treaties, conventions and covenants the illegal order defendants Republic of Cameroon, Paul Biya and Colonel Ondoua had given him to single out and kill Cameroonian citizens from the

Bamileke ethnic group, and the persecution the defendants inflicted him after his refusal to execute the illegal order.

Plaintiff Patrice Nouma has suffered the following harms and losses:

Patrice Nouma was a young army enthusiast who finally joined the armed forces of the Republic of Cameroon in 1989 in order to prove his patriotism in defending Cameroon and its people. Once in however, he was confronted with the harshness of an army that had begun to collapse. Corruption, influence peddling, the generals' profiteering and other forms of vices had made their nests within the army. He did not identify himself with this army anymore. He revolted because of an unjust and treacherous hierarchy. In 1992, Cameroon faced a great popular uprising that inflamed all the 10 provinces of the country. A call for "Ghost Towns", civil disobedience with cessation of economic activity, was made by the opposition leaders, because of the people's poor living conditions and Paul Biya's stubbornness to refuse national dialogue.

It is then that the Commander of the second military region of Douala (economic capital and second city of Cameroon), Colonel Ondoua solicited Mr. Nouma for a secret mission that consisted in killing the Bamileke natives in Douala (a city where the Western mountains' ethnic group are majority), because of their great dynamism in commerce. He was clearly ordered to systematically kill and get rid of the bodies of the killed using crude acid that was given him. Patrice Nouma refused to execute the order and quitted the unit.

The Cameroonian armed forces continue until this day to commit assassinations and massacres similar to those Colonel Ondoua ordered Mr. Nouma to execute in 1992, particularly on the Anglophone minority populations and on the citizens of the Far North region.

Rebels or deserters of the Cameroonian army are either thrown into prison or killed. To protect his life, Nouma was left only with the option to secretly flee out of his country in 1994 to seek refuge elsewhere.

Because he had completed many internships there, Mr. Nouma chose France for asylum and residence. There he decided to help free his Cameroonian people from the yoke of Paul Biya's criminal system, which maintains the populations in poverty using dictatorial oppression in order to stick to power. But after years in France, Mr. Nouma sensed his safety was not assured as France, which is second home country to Cameroonian rulers and secret services. He moved to the United States after a trip during which he met his wife.

Since 1994 until this day, Mr. Nouma's life has never been secure and calm, for his exile is marked by constant threats and dramatic consequences to his familial, social, and professional life. For over 25 years, he has never been able to see either his father and mother or his brothers and sisters. His father, 74 years old, was kidnapped a year ago by unidentified individuals and subjected to torture for several days. His kidnappers finally abandoned the old man in a crossroads of the city of Douala, in a state of agony. He is still suffering the traumas of this sad

event. Defendant Paul Biya's dictatorial regime thus sent Mr. Nouma a death threat through his father's torture in order to discourage him from his commitment to fight their regime.

Since then, his mother has never recovered from the long absence that separates Nouma from her, and in fact she loses a fragile health that makes her a permanent patient of the health care structures of Cameroon. Mr. Nouma's many brothers and sisters have contact with him only thanks to the new technologies of information and communication through which he can see them and hear them.

If Patrice Nouma were to go back to Cameroon, his country of birth, he would be immediately arrested and killed, just like Paul Biya's armed forces kidnapped in 2012 and killed captain Guerandi Mbara, one of the 1984 coup plotter who lived in asylum in Burkina Faso, and just as his regimes keeps on killing the Anglophone minority people because they dare say they don't want his tyrannical and oppressive rule anymore.

1) Tortures - Mr. Nouma has been morally tortured since he left Cameroon in 1994, which reflects in his deteriorated heath condition. Since Mr. Nouma started his fight against Paul Biya's dictatorial system in France, he is a persona non grata in Cameroon. He is forbidden to enter defendant Republic of Cameroon's diplomatic representations. He is under constant threats by the authorities of defendant Republic of Cameroon, who thus prevent him from moving freely because he cannot exhibit a work schedule his enemies may use to kill him. His life is in peril because the Biya regime ruling defendant Republic of Cameroon want him dead or alive.

2) Business losses - After many internships and trainings in prestigious military schools in France,Mr. Nouma's hope for a brilliant professional career vanished, especially since his former colleagues are all senior officers today. His resume as a former military also prevents organizations to employ him, for fear of reprisals related to his connections to the Cameroonian regime.

3) Hardship - Moral consequences with emotional distress lead Mr. Nouma to reflect and question himself on a daily basis about his future, whose past follows him like a shadow.

III. Plaintiff Seme Ndzana respectfully requests the court should pronounce violations of the UN treaties, conventions and covenants the harsh persecution defendants Republic of Cameroon and Paul Biya submitted him into, including as plaintiffs bringing against him two lawsuits both in 1994 and 1995 each accusing him of "outrage to the head of State, inciting the people to revolt, and failure to submit a copy of the newspaper edition to the administrative censorship office," forcefully sending him twice to jail in Yaounde prison for three months without trial each time, releasing him by judges' orders just to harass him after that with death threats and attempts, frivolous defendant Republic of Cameroon's appeals to first judges' sentences, man hunt in Cameroon, extreme hardship for years as refugee in many African countries, and hardship in the

United States with all difficulties to restart life, fear of keeping a regular job because of the risk of showing his deadly Cameroonian government enemies his work schedules that would give them opportunity to kill him, just as they did his struggle comrade captain Guerandi Mbara, and a life in fear and isolation without income until this day. All these unbearable persecution, tortures, illegal jail times, assassination attempts and death threats from defendants Paul Biya and the Republic of Cameroun are released against Mr. Seme because he dares to exercise his US second amendment and UN Covenant right to free speech.

Plaintiff Seme Ndzana has suffered the following harm and losses:

1) Tortures - Mr. Seme Ndzana was repeatedly arrested by the Cameroonian police, violently tortured several times in police custody and in prison, and morally tortured with constant disruptions of his business activities by the government of defendant Republic of Cameroon..

2) Business losses - Mr. Seme's "Le Nouvel Indépendant" news paper activities were disrupted to closure by defendants Paul Biya et the Republic of Cameroon in their determination to silence him, making him loose business income. To avoid the risk of showing his deadly Cameroonian government enemies his work schedules in the U.S., which would give them an opportunity to kill him, just as they did his struggle comrade captain Guerandi Mbara, Mr. Seme Ndzana has been living in fear and isolation, unable to secure income for himself and his family since 1995 until this day.

3) Hardship - Mr. Seme Ndzana suffers economic hardship because he cannot run a regular business or keep a regular job for fear of giving his Cameroonian enemies, defendants Republic of Cameroon and others, the opportunity to kill him; as well as emotional distress as he sees his life falling apart because of defendants' repression and oppression.