UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAMEROONIAN COUNCIL OF TRANSITION et al** )<br><br>      **Plaintiffs,**       )<br><br>          v.           )<br><br>**REPUBLIC OF CAMEROON et al**   )<br><br>      **Defendants,**       )<br>                      ) | Civil Action No.<br><br>18-1990  (EGS) |

Date : October 6, 2019

### STATUS REPORT UPDATING THE COURT ON PLAINTIFFS' EFFORTS TO FIND AN ATTORNEY

Dear Honorable Judge Emmet G. Sullivan:

This letter is to provide you with an update of the plaintiffs' efforts to find an attorney as you further recommended this in your Minute Order entered and filed on 08/20/2019.

I like to inform the Honorable Judge Emmet G. Sullivan that Attorney Charity Chidinma Emeronye Swift promised to file the appearance of her Law firm Swift and Swift PLLC in this case within the next two weeks under the terms of the representation contract we agreed upon.

With kindest regards, I am

Sincerely yours,

Seme Ndzana



This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## District of Columbia

**Notice of Electronic Filing**

The following transaction was entered on 8/20/2019 at 2:29 PM and filed on 8/20/2019

**Case Name:** CAMEROONIAN COUNCIL OF TRANSITION et al v. REPUBLIC OF CAMEROON et al

**Case Number:** 1:18-cv-01990-EGS

**Filer:**

**Document Number:** No document attached

**Docket Text:**
**MINUTE ORDER. In view of the [11] Status Report, Plaintiffs are directed to file another status report by no later than October 6, 2019, updating the Court on their efforts to find an attorney. Signed by Judge Emmet G. Sullivan on 8/20/2019. (lcegs3)**

**1:18-cv-01990-EGS Notice has been electronically mailed to:**

**1:18-cv-01990-EGS Notice will be delivered by other means to::**

PATRICE NOUMA
1301 Wall Street West
Lyndhurst, NJ 07071

SEME NDZANA
510 Primus Ct
Frederick, MD 21703