UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMEROONIAN COUNCIL OF TRANSITION et al )<br><br>Plaintiffs, )<br><br>v. )<br><br>REPUBLIC OF CAMEROON et al )<br><br>Defendants, )<br>) | Civil Action No.<br><br>18-1990   (EGS) |

Date : October 21, 2019

### STATUS REPORT UPDATING THE COURT ON PLAINTIFFS' EFFORTS TO FIND AN ATTORNEY

Dear Honorable Judge Emmet G. Sullivan:

This letter is to provide you with an update of the plaintiffs' efforts to find an attorney as you further recommended this in your Minute Order entered and filed on 06/04/2019.

I like to inform the Honorable Judge Emmet G. Sullivan that Attorney Charity Chidinma Emeronye Swift is not yet our lawyer until we pay the representation fees she required and sign an attorney-client agreement, condition that we could not meet within the last two weeks.

I pray that you may give us more time, two to three months, that we may meet Attorney Swift's conditions, and we will inform you as to whether the agreement has been signed or not, and eventually her filing the appearance.

With kindest regards, I am

Sincerely yours,

*Seme Ndzana*

Seme Ndzana

RECEIVED
Mail Room
OCT 25 2019
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia